UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENETRIC ADAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPUTY DOUGLAS, et al.,<br><br>　　　　Defendants, | No. EDCV 11-169-DOC (AGR)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: April 25, 2012

　　　　　　　　　　　　　　　　/s/ David O. Carter
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　United States District Judge