UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DENETRIC ADAMS,

               Plaintiff,

    v.

RIVERSIDE COUNTY SHERIFF'S
DEPUTY DOUGLAS, et al.,

               Defendant.

NO.  EDCV 11-169-DOC (AGR)

JUDGMENT

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that this action is denied and dismissed with prejudice.

DATED: September 7, 2014        _____
                             DAVID O. CARTER
                 United States District Judge